DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA BERNAL MADRIGAL,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,[1]<br><br>Defendant. | Case No. 1:24-cv-01494-SKO<br><br>**ORDER RE STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 13) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 9, 2025 to June 9, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time. The case has recently been assigned to Plaintiff's Counsel to brief.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 5, 2025 and

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1  May 12, 2025 Plaintiff's Counsel has nine merit briefs and three reply briefs due.  Counsel requires
2  additional time to brief the issues thoroughly for the Court's consideration. Defendant does not
3  oppose the requested extension.   Counsel apologizes to the Defendant and Court for any
4  inconvenience this may cause.

Respectfully submitted,

Dated: May 6, 2025         PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff



Dated: May 6, 2025         MICHELE BECKWITH
                           Acting United States Attorney
                           MATTHEW W. PILE
                           Associate General Counsel
                           Office of Program Litigation, Office 7


By:  *\*/s/ Justin Lane Martin*
    Justin Lane Martin
    Special Assistant United States Attorney
    Attorneys for Defendant
    (\*As authorized by email on May 6, 2025)

**ORDER**

Pursuant to the parties' stipulation and unopposed motion, (Doc. 13), and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 31 days, to June 9, 2025, to file Plaintiff's Motion for Summary Judgment.  All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated:    **May 7, 2025**                      /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE