DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leticia Bernal Madrigal,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:24-cv-01494-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 16) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from June 9, 2025 to June 13, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

1 Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to Plaintiff's Counsel misreading the calendar due to a packed weekly schedule for this week and next week and scheduled a doctor's appointment for that day. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 6, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: June 6, 2025        MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  **/s/ Justin Lane Martin*
Justin Lane Martin
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on June 6, 2025)

2

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including June 13, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **June 9, 2025**                               /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE