MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA BERNAL MADRIGAL,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-01494-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 20) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 13, 2025, up to and including August 12, 2025. This is the Defendant's first request for an extension. Plaintiff's reply, if any, would now be due August 26, 2025.

Defendant makes this request in good faith and for good cause. This case was recently reassigned to me. I am currently assigned to eight cases with briefing deadlines in the next two

weeks.  I have been diligently working on cases, having drafted two briefs in the past week. Defendant apologies to the Court and to Plaintiff for any inconvenience caused by this request.

       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: July 9, 2025                     /s/ *Dolly M. Trompeter**
                                      (*as authorized via e-mail on July 9, 2025)
                                      DOLLY M. TROMPETER
                                      Attorney for Plaintiff

Dated: July 9, 2025                     MICHELE BECKWITH
                                      Acting United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration

                        By:    /s/ *James Ki*
                                        James Ki
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## ORDER

       Pursuant to the parties' Stipulation and Unopposed Motion, (Doc. 20), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS SO ORDERED that Defendant shall have an extension of thirty (30) days to August 12, 2025, to file the Commissioner's responsive brief.  All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated:  **July 9, 2025**                            /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE