ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
Email: james.ki@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA BERNAL MADRIGAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:24-cv-01494-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 23) |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from August 12, 2025, up to and including September 11, 2025.  This is the Defendant's second request for an extension. Plaintiff's reply, if any, would now be due September 25, 2025.

　　　　Defendant makes this request in good faith and for good cause.  This extension is requested in light of the agency pursuing voluntary remand, but the parties have not yet agreed to settlement terms. Defendant apologies to the Court for any inconvenience caused by this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                  Respectfully submitted,

Dated: August 12, 2025           /s/ *Dolly M. Trompeter*\*
                                  (\*as authorized via e-mail on August 11, 2025)
                                  DOLLY M. TROMPETER
                                  Attorney for Plaintiff

Dated: August 12, 2025           ERIC GRANT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Social Security Administration

                        By:    /s/ *James Ki*
                                  James Ki
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## **ORDER**

Pursuant to the parties' foregoing Stipulation and Unopposed Motion (Doc. 23), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Defendant shall have an extension of thirty (30) days to September 11, 2025, to file the Commissioner's responsive brief. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **August 12, 2025**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE