ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA BERNAL MADRIGAL,<br><br>    Plaintiff,<br><br>v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:24-cv-01494-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 25)** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take any other action necessary to complete the administrative record; offer the claimant an opportunity for a hearing; reevaluate the claimant's alleged symptoms; proceed with the sequential evaluation, as warranted; and issue a new decision. As this case was previously

remanded to the same ALJ, the Appeals Council will direct that, upon remand, this case be assigned to another ALJ. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  August 13, 2025         */s/ Dolly M. Trompeter*\*
                                DOLLY M. TROMPETER
                                Attorney for Plaintiff
                                *Authorized via email on August 13, 2025

                                ERIC GRANT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Social Security Administration

                        By:     /s/ *James Ki*
                                JAMES KI
                                Special Assistant United States Attorney

                                Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 25), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:  **August 14, 2025**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE